IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD F. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FRANK BISIGNANO, | : | |
| Commissioner of Social Security | : | NO. 23-4226 |

## **ORDER**

AND NOW, this 20th day of October 2025, upon consideration of Plaintiff's request for review (Doc. 8), Defendant's motion for remand (Doc. 13), and Plaintiff's reply in opposition thereto (Doc. 14), in which Plaintiff seeks reversal with an award of benefits, and after careful consideration of the administrative record (Doc. 7), IT IS HEREBY ORDERED that:

1. The Commissioner's motion for remand is GRANTED and Judgment is entered REVERSING the decision of the Commissioner. This matter is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with this adjudication;

2. Plaintiff's request for reversal with an award of benefits is DENIED; and

3. The Clerk of Court is hereby directed to mark this case closed.

                                                              BY THE COURT:

                                                              /s/ Elizabeth T. Hey
                                                              _____
                                                              ELIZABETH T. HEY, U.S.M.J.