IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD F. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FRANK BISIGNANO, | : | |
| Commissioner of Social Security | : | NO. 23-4226 |

## <u>ORDER</u>

AND NOW, this 27th day of April 2026, upon consideration of Plaintiff's motion for attorney fees under the Equal Access to Justice Act ("EAJA") (Doc. 21), Defendant's response in opposition thereto (Doc. 22), and Plaintiff's reply (Doc. 23), IT IS HEREBY ORDERED that the MOTION IS GRANTED IN PART AND DENIED IN PART.

The motion is GRANTED to the extent that Plaintiff is awarded attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in the amount of Thirteen Thousand One Hundred and Ninety Dollars and Eleven Cents ($13,190.11). These attorney fees and costs will be paid directly to Plaintiff, Donald Frazier, and sent to the business address of Plaintiff's counsel, Robert Savoy, Esquire.  Full or partial remittance of this award will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government.  If such a debt(s) exists, the Government will reduce the stipulated award in this Order to the extent necessary to satisfy such debt(s).

The motion is DENIED in all other respects.

BY THE COURT:

/s/ Elizabeth T. Hey

_____

ELIZABETH T. HEY, U.S.M.J.